### 8655.  ZURLINE *et al. v.* PORTER.

LUKE, J.   1.  The excerpts from the charge of the court, when read in connection with the entire charge and as adapted to the pleadings and contentions of the parties, are not erroneous.

2. The evidence authorized the verdict, and it was not error, for any of the reasons assigned, to overrule the motion for a new trial.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
>                    DECIDED JANUARY 21, 1918.

Action for breach of contract; from Fulton superior court—Judge Ellis.  October 28, 1916.

*James L. Anderson,* for plaintiffs.

*L. Z. Rosser, Clifford L. Anderson,* for defendant.

---

### 8660, 8661.  LATCH *et al. v.* LATCH; and *vice versa.*

LUKE, J.   1.  A widow is entitled to a year's support out of the estate of her deceased husband, notwithstanding the fact that he left a will giving to her a life-estate in all his property, real and personal. *Kinard v. Clay,* 138 *Ga.* 544 (75 S. E. 636).

2. The charge of the court when read in its entirety was full and fair and not subject to the criticisms urged.  The evidence authorized the verdict, and it was not error to overrule the motion for a new trial.

*Judgment on main bill of exceptions affirmed; cross-bill dismissed. Wade, C. J., and Jenkins, J., concur.*
>                    DECIDED JANUARY 21, 1918.

Appeal; from Murray superior court—Judge Fite.  December 20, 1916.  (See 147 *Ga.* 432, 94 S. E. 556.)

*C. N. King,* for plaintiffs in error in main bill.